UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT TACOMA

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation individually, and as successor in interest to HOLYOKE MUTUAL INSURANCE COMPANY IN SALEM,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>EVERGREEN LANDING, LLC<br><br>　　　　　　　　　Defendant. | Cause No. 3:20-cv-05337<br><br>**PLAINTIFF COUNTRY MUTUAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff COUNTRY MUTUAL INSURANCE COMPANY® both individually and as successor in interest to Holyoke Mutual Insurance Company ("COUNTRY MUTUAL") states as follows:

COUNTRY MUTUAL INSURANCE COMPANY® is a mutual insurance company and is not a publically traded company.  Further, no publicly traded company is an owner of COUNTRY MUTUAL.  COUNTRY MUTUAL is organized as an Illinois mutual insurance company, with its principal place of business in Bloomington, Illinois.  As a mutual company,

PLAINTIFF COUNTRY MUTUAL INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT – 1
USDC WD WA/TACOMA CAUSE NO.  3:20-cv-05337

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

1218.00009 md08es035e

COUNTRY MUTUAL has no stock but is owned by its policyholders. The Illinois Agricultural Association is a not-for-profit organization and is the ultimate controlling party of COUNTRY MUTUAL under the Illinois Insurance Code.  COUNTRY MUTUAL is authorized to transact business and has transacted business in the State of Washington.

On January 1, 2017, Holyoke Mutual Insurance Company merged into COUNTRY Mutual Insurance Company. COUNTRY Mutual Insurance Company has succeeded to the obligations of Holyoke Mutual Insurance Company.

DATED this 9th day of April, 2020.

SOHA & LANG, P.S.


By: */s/Misty Edmundson*
Misty Edmundson, WSBA # 29606
Email address edmundson@sohalang.com

*/s/Cristin Cavanaugh*
Cristin A. Cavanaugh, WSBA # 53251
Email address cavanaugh@sohalang.com
**Soha & Lang, P.S.**
1325 Fourth Avenue, Suite 2000
Seattle, WA  98101-2570
Telephone:  206-624-1800
Facsimile:   206-624-3585
Attorneys for Plaintiff Country Mutual Insurance Company

PLAINTIFF COUNTRY MUTUAL INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT – 2
USDC WD WA/TACOMA CAUSE NO.  3:20-cv-05337

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

1218.00009 md08es035e