UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT TACOMA

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation individually and as successor in interest to HOLYOKE MUTUAL INSURANCE COMPANY IN SALEM,<br><br>Plaintiff,<br><br>vs.<br><br>EVERGREEN LANDING, LLC<br><br>Defendant. | Cause No. 3:20-cv-05337 RJB-TLF<br><br>**PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO EVERGREEN LANDING, LLC'S COUNTERCLAIMS** |

Plaintiff Country Mutual Insurance Company, individually and as successor in interest to Holyoke Mutual Insurance Company in Salem ("Country Mutual") submits the following Answer and Affirmative Defenses to Defendant Evergreen Landing, LLC's ("Evergreen Landing") Counterclaims.

**IV.     COUNTERCLAIM FOR DECLARATORY JUDGMENT**

4.1     Country Mutual incorporates by reference and realleges all responses and allegations set forth in its Complaint for Declaratory Relief (ECF 1), as if fully set forth herein.

PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO
EVERGREEN LANDING, LLC'S COUNTERCLAIMS – 1
USDC WD WA/TACOMA CAUSE NO.  3:20-cv-05337 RJB-TLF

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

1218.00009 mg0640080c

4.2   Country Mutual admits that it agreed to defend Evergreen Landing against the claims in the Liability Action pursuant to a full reservation of rights under the Policy, including but not limited to, the right to file this declaratory judgment action on the coverage issues. Country Mutual denies any remaining factual allegations in this paragraph.  The remaining allegations contained in this paragraph are conclusions of law to which no responsive pleading is required.

4.3   Country Mutual is without knowledge or information sufficient to form a belief regarding the truth of the factual allegations contained in this paragraph and, therefore, denies same. The remaining allegations contained in this paragraph are conclusions of law to which no responsive pleading is required. To the extent further response to any allegations contained in this paragraph is required, Country Mutual denies the same.

4.4   Country Mutual admits that it is entitled to reimbursement of the defense costs that it expended on Evergreen Landing's behalf in accordance with the terms of the Policy. Country Mutual denies any remaining factual assertions in this paragraph.  The remaining allegations contained in this paragraph are conclusions of law to which no responsive pleading is required.

4.4 [sic]   Country Mutual is without knowledge or information sufficient to form a belief regarding the truth of the factual allegations contained in this paragraph and, therefore, denies the same. The remaining allegations contained in this paragraph are conclusions of law to which no responsive pleading is required. To the extent further response to any allegations contained in this paragraph is required, Country Mutual denies the same.

4.5   (a) – (e), inclusive. Country Mutual is without knowledge or information sufficient to form a belief regarding the truth of the factual allegations contained in this

PLAINTIFF 'S ANSWER AND AFFIRMATIVE DEFENSES TO EVERGREEN LANDING, LLC'S COUNTERCLAIMS – 2
USDC WD WA/TACOMA CAUSE NO.  3:20-cv-05337 RJB-TLF

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

1218.00009 mg0640080c

paragraph and, therefore, denies the same. Country Mutual denies that Evergreen Landing is entitled to any of the relief sought. The remaining allegations contained in this paragraph are conclusions of law to which no responsive pleading is required. To the extent further response to any allegations contained in this paragraph is required, Country Mutual denies the same.

## V.   COUNTERCLAIM FOR BREACH OF CONTRACT

5.1   Country Mutual incorporates by reference and realleges all responses and allegations set forth in its Complaint for Declaratory Relief (ECF 1), as if fully set forth herein as well as its responses to paragraphs 4.1 through 4.5 above.

5.2   The allegations contained in this paragraph are conclusions of law to which no responsive pleading is required. To the extent further response to any allegations contained in this paragraph is required, Country Mutual denies the same.

5.3   Country Mutual is without knowledge or information sufficient to form a belief regarding the truth of any factual allegations contained in this paragraph and, therefore, denies the same. The remaining allegations contained in this paragraph are conclusions of law to which no responsive pleading is required. To the extent further response to any allegations contained in this paragraph is required, Country Mutual denies the same.

## PRAYER FOR RELIEF

Country Mutual denies all allegations contained in Evergreen Landing's Prayer for Relief and specifically denies that Evergreen Landing is entitled to any of the relief requested.

## COUNTRY MUTUAL'S AFFIRMATIVE DEFENSES TO COUNTERCLAIMS

Country Mutual asserts the following affirmative defenses by way of further answer to the Counterclaims. To the extent any matter set forth below as an affirmative defense should be treated as a counterclaim, Country Mutual respectfully requests the Court to exercise its

PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO EVERGREEN LANDING, LLC'S COUNTERCLAIMS – 3
USDC WD WA/TACOMA CAUSE NO.  3:20-cv-05337 RJB-TLF

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

1218.00009 mg0640080c

authority to treat the pleading as if a proper designation had been made. By including certain defenses herein, Country Mutual does not concede that it has assumed any applicable burden of proof.

1. The Counterclaims may fail to state a claim upon which relief can be granted.

2. The Counterclaims may be barred by the doctrines of waiver, estoppel, laches and/or unclean hands.

3. The breach of contract claim is not ripe.

4. There is no justiciable controversy with regard to the breach of contract claim.

5. The Counterclaims fail to the extent that Country Mutual has not denied a defense and/or indemnity.

6. Country Mutual has no obligation to indemnify or pay to the extent that the claims in the underlying lawsuit fall outside of the Policy's coverage and/or are barred by an exclusion, condition or limitation found in the Policy.

7. Country Mutual's obligations, if any, are subject to the limits, terms, conditions, provisions, and exclusions set forth in the Policy. Country Mutual incorporates the allegations and positions set forth in its Declaratory Judgment Complaint (ECF 1), as if fully set forth herein.

8. Country Mutual reserves the right to rely upon the law of any state, or various states within the United States, that properly applies to any issue arising in the course of this action.

9. Country Mutual does not waive, and specifically reserves, any and all claims and counterclaims it may have against any party or person.

PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO EVERGREEN LANDING, LLC'S COUNTERCLAIMS – 4
USDC WD WA/TACOMA CAUSE NO.  3:20-cv-05337 RJB-TLF

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

1218.00009 mg0640080c

**RESERVATION OF RIGHTS**

Country Mutual reserves the right to amend its Answer to the Counterclaims to assert additional allegations, claims, and affirmative defenses, as additional facts are obtained through discovery and investigation.

**PRAYER FOR RELIEF**

Having fully responded to Evergreen Landing's counterclaims, Country Mutual prays for the following relief:

1. Dismissal of Evergreen Landing's counterclaims against Country Mutual with prejudice;

2. That Evergreen Landing be awarded no attorney fees or other relief in this matter;

3. That Country Mutual be awarded its attorneys' fees and costs in this action by way of contract, statute and/or equity; and

4. For such other and further relief as this Court deems just and equitable.

DATED this 13th day of July, 2020.

SOHA & LANG, P.S.

By: _/s/Misty Edmundson_
Misty Edmundson, WSBA # 29606
Email address edmundson@sohalang.com
Cristin A. Cavanaugh, WSBA # 53251
Email address cavanaugh@sohalang.com
**Soha & Lang, P.S.**
1325 Fourth Avenue, Suite 2000
Seattle, WA  98101-2570
Telephone:  206-624-1800
Facsimile:   206-624-3585
Attorneys for Plaintiff Country Mutual

PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO EVERGREEN LANDING, LLC'S COUNTERCLAIMS – 5
USDC WD WA/TACOMA CAUSE NO.  3:20-cv-05337 RJB-TLF

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

1218.00009 mg0640080c