UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT TACOMA

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, an Illinois corporation individually and as successor in interest to HOLYOKE MUTUAL INSURANCE COMPANY IN SALEM,<br><br>Plaintiff,<br><br>vs.<br><br>EVERGREEN LANDING, LLC<br><br>Defendant. | Cause No. 3:20-cv-05337 RJB-TLF<br><br>**COUNTRY MUTUAL INSURANCE COMPANY'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTED FOR: JULY 24, 2020** |

Plaintiff Country Mutual Insurance Company, individually and as successor in interest to Holyoke Mutual Insurance Company in Salem ("Country Mutual") served Defendant Evergreen Landing, LLC ("Evergreen") with plaintiff's motion for summary judgment on June 18, 2020. Plaintiff's motion for summary judgment was originally noted for Friday, July 10, 2020. At the end of June, defense counsel contacted plaintiff's counsel requesting that the motion be re-filed on July 24, 2020.[1] Defense counsel noted that defendant's response brief was

---

[1] See the Supplemental Declaration of Misty Edmundson at Exhibit A ("Supp'l Edmundson Decl.").

COUNTRY MUTUAL INSURANCE COMPANY'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT – 1
USDC WD WA/TACOMA CAUSE NO. 3:20-cv-05337 RJB-TLF

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

1218.00009 mg225g086w

1  due the Monday following the Fourth of July holiday. As a compromise, Plaintiff's counsel
2  offered to re-note the pending summary judgment motion to be heard on July 24, 2020, in order
3  to accommodate the holiday and provide an additional two weeks for the defendant to respond
4  to the motion.[2] Defense counsel not only failed to respond to plaintiff's counsel's offer of
5  compromise, Defendant failed file a response brief on July 6, 2020.[3] Despite defendant's failure
6  to file its brief by the deadline, as a courtesy, plaintiff re-noted the motion for Friday, July 24,
7  2020 anyway, as it had offered to do.[4] Evergreen's response to the motion for summary
8  judgment was then due on July 20, 2020. However, once again Defendant failed to file an
9  opposition brief in response to Plaintiff's motion for summary judgment.

Because there are no genuine issues of material fact that would preclude summary judgment, and for the reasons outlined in its motion papers, Country Mutual requests that the Court grant its unopposed motion for summary judgment and enter an order declaring that:

(1) The Country Mutual Policy provides no coverage to defendant Evergreen for the claims alleged against by Tiffany Casto and Ryan Jacobs in the Liability Action;

(2) Country Mutual has no duty to defend Evergreen in the Liability Action;

(3) Country Mutual may withdraw from the defense it is currently providing to Evergreen in the Liability Action;

(4) Country Mutual has no duty to indemnify Evergreen for any settlement entered into, or judgment entered against it, with respect to the claims alleged in the Liability Action; and

---

[2] Supp'l Edmundson Decl., Exhibit B and Exhibit C.

[3] Supp'l Edmundson Decl., Exhibit D.

[4] Supp'l Edmundson Decl., Exhibit E.

COUNTRY MUTUAL INSURANCE COMPANY'S REPLY IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT – 2
USDC WD WA/TACOMA CAUSE NO. 3:20-cv-05337 RJB-TLF

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

1218.00009 mg225g086w

1   (5) Country Mutual is entitled to reimbursement of defense costs expended in
2   defending Evergreen in the Liability Action since September 6, 2019.
3   DATED this 24 day of July, 2020.

SOHA & LANG, P.S.

By: */s/Misty Edmundson*
Misty Edmundson, WSBA # 29606
Email address edmundson@sohalang.com
Cristin A. Cavanaugh, WSBA # 53251
Email address cavanaugh@sohalang.com
**Soha & Lang, P.S.**
1325 Fourth Avenue, Suite 2000
Seattle, WA  98101-2570
Telephone:  206-624-1800
Facsimile:   206-624-3585
Attorneys for Plaintiff Country Mutual Insurance Company, an Illinois corporation individually and as successor in interest to Holyoke Mutual Insurance Company in Salem

COUNTRY MUTUAL INSURANCE COMPANY'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT – 3
USDC WD WA/TACOMA CAUSE NO.  3:20-cv-05337 RJB-TLF

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

1218.00009 mg225g086w